JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
ZACHARY BERKOFF-CANE, WSBN 47988
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 966-1542
Facsimile: (415) 744-0134
E-Mail: zachary.berkoff@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR HUGO PEREZ LUNA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:24-CV-00550-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Martin O'Malley, Commissioner of Social Security (Defendant) respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 12), currently due on July 22, 2024, by 30 days, through and including August 21, 2024. Defendant further requests that all subsequent deadlines be extended accordingly.

This is Defendant's first request for an extension of time. Good cause exists for this extension as Defendant needs more time to evaluate the defensibility of the case. Additional time is required to review the record, to evaluate the numerous issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made

in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On July 15, 2024, counsel for Defendant conferred with Plaintiff's attorney, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including August 21, 2024.

Dated: July 15, 2024                    Respectfully submitted,

                                        JASON M. FRIERSON
                                        United States Attorney

                                        */s/ Zachary Berkoff-Cane*
                                        ZACHARY BERKOFF-CANE
                                        Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/16/2024

2

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, MD 21235. I am not a party to the above-entitled action. On the date set forth below, I caused a copy of the above **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** to be served upon the following by:

**CM/ECF:**

[PLAINTIFF'S ATTORNEY name]
[EMAIL]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2024

*/s/ Zachary Berkoff-Cane*
ZACHARY BERKOFF-CANE
Special Assistant United States Attorney

3